UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CARLOS GUZMAN and | ) | Case No. __3:23-cv-59-DJH__ |
| GUERDY VANEGAS | ) | ELECTRONICALLY FILED |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NANDY PIERRE and | ) | Removed from: |
| FEDEX FREGHT, INC. | ) | Bullitt Circuit Court |
| | ) | Case No. 23-CI-00030 |
| DEFENDANTS | ) | |

---

## NOTICE OF REMOVAL

---

Comes the Defendants, FedEx Freight, Inc. and Nandy Pierre, by counsel, and for their Notice of Removal of this action from the Bullitt Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division, and states as follows:

1.  This lawsuit pertains to an accident that occurred on or about August 25, 2022, in Shepherdsville, Bullitt County, Kentucky.  A vehicle being driven by Nandy Pierre and being operated by FedEx Freight, Inc., was involved in a motor vehicle accident with a vehicle driven by Plaintiff Carlos Guzman, and a passenger Guerdy Vanegas.

2.  On January 10th, 2023, the Plaintiffs filed a Complaint in Bullitt Circuit Court, as Civil Action No. 23-CI-00030. Copies of all process and pleadings in the state court action are attached hereto as Exhibit A in accordance with 28 U.S.C. §1446(a).

3.  Summons was issued to FedEx Freight, Inc. and Nandy Pierre on or about January 10, 2023.

4.  FedEx Freight, Inc. was served on or about January 18, 2023.

5.  As of the date of this removal, no return of service has been made on Nandy Pierre.

6.      Plaintiffs are and were at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, citizens and residents of the state of Florida.

7.      Defendant FedEx Freight, Inc. is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, incorporated and existing under the laws of the State of Arkansas and having its principal place of business located at 8285 Tournament Drive Building C, Memphis, Tennessee 38125. Therefore, FedEx Freight, Inc. is a citizen of Arkansas and/or Tennessee.

8.      Defendant Nandy Pierre is and was at all times relevant hereto, including at the time of the filing of this notice of removal, and at the commencement of the state court action, a citizen and resident of the Commonwealth of Kentucky.

9.      The Complaint of the plaintiffs states that the amount in controversy exceeds $75,000.00.  *See Complaint at para. 7.*

9.      Further, based on the allegations raised in the Complaint, the Plaintiffs' are seeking in excess of $75,000.00 each, exclusive of interest and costs, based on the following:

a. Paragraph 13 and 22 of the Complaint states that plaintiff Guzman sustained:

        i. serious and permanent injuries to his body;

        ii. causing him to incur bills and charges for physicians and
medical expenses in treatment;

        iii. causing him great physical and mental pain and anguish;

iv. the loss of enjoyment of life;

v. impairment of earning capacity;

vii. permanent injuries; and

viii. the likelihood of future complications.

*See Plaintiff's Complaint at para 13 and 22.*

a. Paragraph 14 and 23 of the Complaint states that plaintiff Vanegas sustained:

i. serious and permanent injuries to her body;

ii. causing her to incur bills and charges for physicians and medical expenses in treatment;

iii. causing her great physical and mental pain and anguish;

iv. the loss of enjoyment of life; and

v. impairment of earning capacity.

vi. permanent injuries; and

viii. the likelihood of future complications

*See Plaintiff's Complaint at para 14 and 23.*

10.    In addition, the prayer of the Complaint requests an award of punitive damages.

       *See the prayer of the Complaint at B.*

11.    This action is one over which the Court has original jurisdiction under 28 U.S.C.

       §1332(a)(1), and is one which the Defendant may remove to this Court under 28

       U.S.C. §1441(a), because this is an action between citizens of different states, and

       the amount in controversy exceeds $75,000.00 for each of them.

11.    This Notice of Removal is filed within thirty (30) days of service on Defendants of

       the initial pleading and summons, as required by 28 U.S.C. §1446(b).

12.    This Notice of Removal is filed within one year of the commencement of the state

court action, which was filed on or about January 10, 2023, as required by 28 U.S.C.

§1446(c).

Respectfully Submitted,

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
AMY N. WALTS
WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
*Counsel for Defendants*
*FedEx Freight, Inc. and Nandy Pierre*

## CERTIFICATE

I hereby certify that on the 7th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

Adrian Meniondo
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, Kentucky 40507
Tel: 859-469-7954
Fax: 859-899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiffs*

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
AMY N. WALTS
*Counsel for Defendants*
*Nandy Pierre and FedEx Freight, Inc.*