UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CARLOS GUZMAN and GUERDY
VANEGAS,                                                             Plaintiffs,

v.                                                    Civil Action No. 3:23-cv-59-DJH-RSE

NANCY PIERRE and FEDEX FREIGHT
INC.,                                                                Defendants.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 23), and

the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30)**

**days** of entry of this Order.  The Court will entertain a motion to redocket the action within thirty

(30) days of entry of this Order in the event the settlement is not consummated.

July 2, 2024

**David J. Hale, Judge**
**United States District Court**